# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY PEARSON, | Case No. CV 08-1423-JSL (JCR) |
| Petitioner, | |
| v. | JUDGMENT |
| DEBRA DEXTER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Dismissing Petition Without Prejudice as a Second and Successive Petition, the instant Petition for Writ of Habeas Corpus is dismissed without prejudice.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 30, 2008

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE